SANTINI FERTILIZER CO. INC., recurrente, *v.* EL REGISTRADOR DE SAN JUAN, SECCIÓN SEGUNDA, recurrido.

No. 646.—*Sometido:* Noviembre 2, 1926. *Resuelto:* Noviembre 19, 1926.

EMBARGOS—MANDAMIENTO DE EMBARGO—ANOTACIÓN DE EMBARGO—ORDEN PARA ANOTAR EMBARGO—VALIDEZ.—Procede anotar el embargo solicitado en mandamiento expedido, directamente al registrador, por el secretario de una corte en virtud de una orden de ésta, aún cuando la finca sobre la cual ha de anotarse radique fuera del distrito judicial del tribunal que decretó el embargo. (*Batle v. Registrador,* 30: 745, seguido.)

NOTA de *Raúl Benedicto,* R. (San Juan, Sección Segunda), denegando anotación de embargo solicitada. *Revocada.*

*Enrique Rincón Plumey,* abogado del recurrente; el registrador recurrido no compareció.

EL JUEZ ASOCIADO SEÑOR FRANCO SOTO, emitió la opinión del tribunal.

El Secretario de la Corte Municipal de San Juan, Sección Segunda, en la acción que en cobro de dinero inició Santini Fertilizer Co., Inc., contra Jesús Pérez Cruz, cumpliendo una orden de la corte, expidió directamente mandamiento de embargo al Registrador de la Propiedad de San Juan, Sección Segunda, para su anotación sobre cierta finca rústica radicada en el término municipal de Vega Baja.

El registrador denegó la anotación solicitada por el siguiente fundamento:

"DENEGADA la anotación de embargo solicitada en el precedente mandamiento, por no haber sido practicado el mismo por el Márshal de la Corte Municipal de Vega Baja, que es donde radica la finca."

Este caso parece comprendido dentro de la autoridad del de *Batle* v. *El Registrador*, 30 D.P.R. 745. El subsecretario de la Corte de Distrito de Ponce dirigió mandamiento al Registrador de la Propiedad de Arecibo para la anotación de un embargo sobre ciertas fincas radicadas en esta última jurisdicción. Se presentó la misma objeción por el registrador, pero sostuvimos la actuación del subsecretario de la Corte de Distrito de Ponce de acuerdo con lo que dispone la orden general No. 100, del Gobierno Militar, de abril 12, 1900.

*Debe revocarse la nota y ordenarse la anotación del embargo.*

El Juez Asociado Señor Hutchison no intervino en la resolución de este caso.